■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELBY HOLCOMB, Appellant. (Appeal No. 3.) [877 NYS2d 228]— Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered August 22, 2007. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.